IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CENTRAL PROGRESSIVE BANK** | **PLAINTIFF/ COUNTER-DEFENDANT/ COUNTER-PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:10-CV-00559-HSO-JMR** |
| **ROBERT T. WINDHAM AND WILLIAM MICHAEL ADKINSON** | **DEFENDANTS/ COUNTER-PLAINTIFFS** |
| **AND** | |
| **DAVID E. FLEISHER** | **DEFENDANT/ COUNTER-PLAINTIFF** |
| **AND** | |
| **LEE F. KENNEDY** | **DEFENDANT/ COUNTER-PLAINTIFF** |
| **VS.** | |
| **MISSISSIPPI INVESTORS VI, LLC** | **THIRD-PARTY DEFENDANT/ CROSS-CLAIMANT/** |

**Motion to Withdraw as Counsel for Central Progressive Bank, to
<u>Substitute Party Plaintiff, and to Enter Appearance on Behalf of Substituted Party</u>**

**Comes now** the law firm of Adams and Reese LLP, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, and respectfully moves this Court (1) to permit it, and specifically its attorneys James J. McNamara IV and Laura F. Rose, to withdraw as counsel of record for the closed Central Progressive Bank; (2) to substitute HCB Financial Corp. as party Plaintiff; and (3) to enter an appearance on behalf of HCB Financial Corp., and shows the following in support:

24310132

1.       Plaintiff Central Progressive Bank filed its Amended Complaint on April 14, 2011.

2.       By order dated November 18, 2011, the 22nd Judicial District Court of St. Tammany Parish, Louisiana, closed Plaintiff Central Progressive Bank, ordered its liquidation, and appointed the FDIC as receiver.  A copy of this Order is attached as Exhibit 1.

3.       By letter dated November 18, 2011, the FDIC accepted its appointment as Receiver for Central Progressive Bank.  A copy of this letter is attached as Exhibit 2.

4.       The assets of CPB were initially transferred to First NBC Bank.  By virtue of a subsequent transfer from First NBC Bank, HCB Financial Corp. is the current holder of the note and guaranty agreements that form the basis of the claims in this litigation.

5.       Rule 25(c) of the Federal Rules of Civil Procedure provides that when there is a transfer of interest, the Court may substitute the transferee as the party litigant.

6.       Due to the closure of Central Progressive Bank, and the fact that HCB Financial Corp. is the current holder of the note, undersigned counsel respectfully seek to withdraw as counsel for the closed Central Progressive Bank, to substitute HCB Financial Corp. as the party plaintiff and holder of the note and guaranty agreements, and to enter an appearance on its behalf.

**Wherefore, premises considered**, undersigned counsel respectfully moves this Court to (1) permit Adams and Reese LLP, James J. McNamara, IV, and Laura F. Rose to withdraw as counsel of record for the closed Central Progressive Bank; (2) permit substitution of HCB Financial Corp. as party Plaintiff and current holder of the note and guaranty agreements that form the basis of the claims in this litigation; and (3) permit undersigned counsel to enter an appearance on behalf of HCB Financial Corp. as substituted party plaintiff.

24310132

Respectfully submitted, this the 11th day of May, 2012.

**CENTRAL PROGRESSIVE BANK**

By:     s/ Laura F. Rose
            James J. McNamara, IV (MS Bar No. 100690)
            Laura F. Rose (MS Bar No. 102256)
            ADAMS AND REESE LLP
            1018 Highland Colony Parkway, Suite 800
            Ridgeland, Mississippi 39157
            Telephone: (601) 353-3234
            Facsimile: (601) 355-9708
            jim.mcnamara@arlaw.com
            laura.rose@arlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record:

Joseph M. Cook
42 Business Centre Drive, Suite 401
Miramar Beach, Florida 32550

Mike O'Brien
14355 Highway 105
Washington, Texas 77880

Nicholas Van Wiser
Byrd & Wiser
Attorneys at Law
145 Main Street (Zip 39530)
P.O. Box 1939
Biloxi, Mississippi 39533

Jeff Hall
Bryan Nelson P.A.
P.O. Drawer 18109
6524 U.S. Highway 98
Hattiesburg, Mississippi

This the 11th day of May, 2012.

                                                       s/ Laura F. Rose

24310132