|  |  |  |
|---|---|---|
| IN THE MATTER OF | * | DOCKET NO. 2011 16562 DIV. D |
| CENTRAL PROGRESSIVE BANK, | * | 22ND JUDICIAL DISTRICT COURT |
| LACOMBE, LA, A LOUISIANA | * | PARISH OF ST. TAMMANY |
| BANKING CORPORATION | * | STATE OF LOUISIANA |

FILED
NOV 18 2011
MALISE PRIETO - CLERK
DEPUTY

### ORDER

Considering the above Motion

IT IS HEREBY ORDERED THAT:

1. Central Progressive Bank is hereby closed;

2. The liquidation of Central Progressive Bank is hereby ordered to be commenced;

3. The Federal Deposit Insurance Corporation is confirmed as receiver of Central Progressive Bank;

4. John Ducrest, the Commissioner of Financial Institutions of the State of Louisiana, the Conservator of Central Progressive Bank, is hereby discharged;

5. The FDIC is hereby vested with title to all assets of Central Progressive Bank without the execution of any instruments of conveyance, assignments, transfer, or endorsement, and is vested with the full and exclusive management and control of the Bank; and

6. All exhibits to these pleadings be placed under seal of the Court.

Signed in Chambers in the City of Covington, Louisiana, on this 18th day of November 2011, at 4:09 P.M., effective [4:09] P.M., Central Standard Time, November 18, 2011.

Judge, 22nd Judicial District Court

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

EXHIBIT 1