IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| HCB FINANCIAL CORP. | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:10cv559HSO-JMR |
| | § | |
| LEE F. KENNEDY | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [93] for Summary Judgment filed pursuant to FED. R. CIV. P. 56 by HCB Financial Corporation, against Defendant Lee Kennedy. The Court, after a full review and consideration of HCB's Motion, Kennedy's Response, the Reply, the pleadings on file, and the relevant legal authorities, finds that in accord with the Memorandum Opinion and Order entered herewith, and its Orders previously entered in this case,

**IT IS, ORDERED AND ADJUDGED,** that Defendant Lee Kennedy's Counterclaim against HCB Financial Corporation is **DISMISSED**, and that Judgment is rendered in favor of HCB Financial Corporation pursuant to FED. R. CIV. P. 56 on its claim against Lee Kennedy asserted in the Amended Complaint.

**IT IS, FURTHER ORDERED AND ADJUDGED,** that in accordance with its Orders previously entered in this case, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 14th day of March, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE