AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| HCB Financial Corp. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:10cv559HSO-JMR |
| Lee F. Kennedy ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __07/11/2013__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __07/19/2018__

ARTHUR JOHNSTON
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*