**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **HCB FINANCIAL CORP.,** | |
| Plaintiff, | |
| v. | **CASE NO. 1:10-CV-00559-HSO-JCG** |
| **LEE F. KENNEDY,** | |
| Defendant. | |

**HCB FINANCIAL CORP.'S MOTION FOR POST-JUDGMENT
ATTORNEYS' FEES AND COSTS PURSUANT TO FED. R. CIV. P. 69**

COMES NOW, HCB Financial Corp. ("**HCB**"), and files its Motion for Post-Judgment Attorneys' Fees and Costs Pursuant to Fed. R. Civ. P. 69 as follows:

On February 13, 2019, this Court entered an Order Granting in Part and Denying Without Prejudice in Part Kennedy's Motion for Leave to Deposit Funds with Court and For Order Declaring Judgment Satisfied. [Doc. 442]. In that Order, the Court allowed HCB to file a motion for post-judgment attorneys' fees and cost within thirty (30) days of the date of the order. *Id.*

Accordingly, HCB files this Motion seeking an award of post-judgment attorneys' fees and costs in favor of HCB against Lee F. McPherson f/k/a Lee F. Kennedy in the total amount of $1,015,016.62, representing $975,636.41 in fees and $39,380.21 in costs, plus interest to accrue from and after at the rate allowed by law. HCB's Motion is supported by its Memorandum in Support, being filed contemporaneously herewith, and the attached exhibits and affidavits.[1]

---

[1] Upon the Court's request, HCB will file redacted and/or unredacted invoices under seal for the Court's *in camera* review.

RESPECTFULLY SUBMITTED, this the 15th day of March, 2019.

**HCB FINANCIAL CORP.**

By: /s/ Robert Parrott
*One of its attorneys*

OF COUNSEL:

Jason Michael Osborn (ASB4122A58O)[2]
OSBORN GROUP, LLC
61 St. Joseph St., Suite 1301
Mobile, Alabama 36602
Telephone: (251) 929-5050
Email: josborn@osborngroupllc.com

G. Robert Parrott II (MSB #103970)
ADAMS AND REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone No. (504) 581-3234
Facsimile No. (504) 553-9776
robert.parrott@arlaw.com
*Counsel for HCB Financial Corp.*

---

[2] Admitted *pro hac vice.*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, and notification of such filing was sent via the ECF system or by some other means authorized by the Federal Rules of Civil Procedure to the following:

    Jeffrey M. Williams (MBN 100410)
    Sage E. Harless (MBN 102260)
    Hubbard Mitchell Williams & Strain, PLLC
    1062 Highland Colony Parkway, Suite 222
    Ridgeland, Mississippi 39157
    Williams@hubbardmitchell.com
    harless@hubbardmitchell.com
    *Counsel for Lee F. Kennedy n/k/a Lee F. McPherson*

This the 15th day of March, 2019.

                                                           */s/*  Robert Parrott