**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HCB FINANCIAL CORP.,**

    Plaintiff,

**v.**

**LEE F. KENNEDY, et al.**

    Defendant.

**CASE NO. 1:10-CV-00559-HSO-JCG**

## SATISFACTION OF JUDGMENT

Plaintiff HCB Financial Corp. ("HCB"), appearing through undersigned counsel, acknowledges that the *Amended Final Judgment* [Doc. 141] entered by the Court against Defendant Lee F. Kennedy and the Court's award of post-judgment attorneys' fees and expenses in favor of HCB pursuant to the *Memorandum Opinion and Order Granting in Part and Denying in Part Plaintiff HCB Financial Corporation's Renewed Motion [484] for Attorneys' Fees* [Doc. 508] have been satisfied.

RESPECTFULLY SUBMITTED, this the 12th day of January, 2021.

**HCB FINANCIAL CORP.**

By:   /s/ Robert Parrott
       *One of its attorneys*

OF COUNSEL:

Jason Michael Osborn (ASB4122A58O)[1]
OSBORN GROUP, LLC
61 St. Joseph St., Suite 1301
Mobile, Alabama 36602
Telephone: (251) 929-5050
Email: josborn@osborngroupllc.com

G. Robert Parrott II (MSB #103970)
ADAMS AND REESE, LLP
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone No. (504) 581-3234
Facsimile No. (504) 553-9776
robert.parrott@arlaw.com
*Counsel for HCB Financial Corp.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system, and notification of such filing was sent via the ECF system or by some other means authorized by the Federal Rules of Civil Procedure to the following:

Jeffrey M. Williams (MBN 100410)
Sage E. Harless (MBN 102260)
Hubbard Mitchell Williams & Strain, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157
Williams@hubbardmitchell.com
harless@hubbardmitchell.com
*Counsel for Lee F. Kennedy n/k/a Lee F. McPherson*

This the 12th day of January, 2021.

                                                    /s/ Robert Parrott
                                                     Robert Parrott

---

[1] Admitted *pro hac vice.*